UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANAHEIM GARDENS HOUSING, LP, <br><br> Defendant. | Case No. 2:25-cv-03834-SB-PVC <br><br> ORDER TO SHOW CAUSE |

 Plaintiffs filed their complaint against Defendant Anaheim Gardens Housing, LP on April 30, 2025.  On June 13, 2025, Plaintiffs served Defendant. *See* Dkt. No. 16.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant.  Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than August 18, 2025, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

 The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before August 18, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: August 11, 2025

                   Stanley Blumenfeld, Jr.
                   United States District Judge